UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) MANPREET KOHLI, a/k/a "Mkay Saitama" or "mannythehitman",<br>(2) NAM TRAN, a/k/a "Ntran1234", and<br>(3) HAROON MOHSINI, a/k/a "AaronSaitama" or "Elonmansur",<br><br>    Defendants | Criminal No. 24-cr-10189-AK |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAXWELL HERNANDEZ, a/k/a "MaxEquation" or "MaxSaitama",<br><br>    Defendant | Criminal No. 23-cr-10135-AK |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL THOMPSON, a/k/a "VZZNBuilder1",<br><br>    Defendant | Criminal No. 23-cr-10325-AK |
| UNITED STATES OF AMERICA<br><br>v.<br><br>RUSSELL ARMAND, a/k/a "Saitamaguru1",<br><br>    Defendant | Criminal No. 24-cr-10014-AK |

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>VY PHAM, a/k/a "msvy_crypto",<br><br>    Defendant | Criminal No. 24-cr-10137-AK |
| UNITED STATES OF AMERICA<br><br>    v.<br><br>BRADLEY BEATTY,<br><br>    Defendant | Criminal No. 24-cr-10188-AK |
| UNITED STATES OF AMERICA<br><br>    v.<br><br>(1) GOTBIT CONSULTING LLC,<br>(2) FEDOR KEDROV, and<br>(3) QAWI JALILI, a/k/a "Kavi JLL",<br><br>    Defendants | Criminal No. 24-cr-10190-AK |
| UNITED STATES OF AMERICA<br><br>    v.<br><br>(1) ZM QUANT INVESTMENT LTD,<br>(2) BAIJUN OU, a/k/a "Eric Ou", and<br>(3) RUIQI LIU, a/k/a "Ricky Lau",<br><br>    Defendants | Criminal No. 24-cr-10187-AK |

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) CLS GLOBAL FZC LLC, and<br>(2) ANDREY ZHORZHES, a/k/a "Andrey Z.",<br><br>　　Defendants | Criminal No. 24-cr-10293-AK |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LIU ZHOU, a/k/a "David Zhou" or "DZ",<br><br>　　Defendant | Criminal No. 24-cr-10312-AK |

## GOVERNMENT MOTION TO UNSEAL
## IN THE ABOVE-CAPTIONED CASES

The United States Attorney hereby respectfully moves the Court to unseal the dockets in the above-captioned related cases. As grounds for this motion, the government states that public disclosure of these materials is no longer likely to jeopardize the ongoing investigation of these cases.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JOSHUA S. LEVY
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　By:　*/s/ Christopher J. Markham*
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER J. MARKHAM
　　　　　　　　　　　　　　　　　　　　DAVID M. HOLCOMB
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorneys

Date: 10/08/2024

3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Christopher J. Markham*
CHRISTOPHER J. MARKHAM
Assistant United States Attorney

Date: 10/08/2024