UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 24-cr-10189-AK-MPK |
| | ) | |
| HAROON MOHSINI, | ) | |
| | ) | |
| Defendant | ) | |

**JOINT INTERIM STATUS REPORT**

Pursuant to Local Rule 116.5(b), the parties hereby file this status report in connection with the initial status conference that is scheduled for August 8, 2025.  The parties jointly and respectfully request that this status report be considered in lieu of that status conference.  The parties further request that the Court schedule a final status conference in approximately 60 days to permit additional time to review discovery and discuss a potential resolution.

**(1) Automatic Discovery & Pending Discovery Requests**

The Court appointed undersigned counsel for the defendant on March 26, 2025.  The government subsequently produced automatic discovery to counsel.  At this time, no discovery requests are pending.

The government has obtained additional materials that it is producing to the defense as supplemental discovery this week.  Counsel for the defendant requests an additional 60 days to review the discovery and discuss it with the defendant.

The government is aware of its obligations to produce materials under Fed. R. Crim. P. 16, Local Rule 116.2(b)(1), and *Brady vs. Maryland*.  To the extent any additional discovery— including *Brady* material—becomes available, the Government will promptly produce it.

**(2) Additional Discovery Requests and Pretrial Motions**

The parties will report on the status of any discovery requests or anticipated motions under Fed. R. Crim. P. 12(b) in connection with the final status conference.

**(3) Protective Orders**

Neither party presently anticipates seeking a protective order in this case.

**(4) Expert Discovery**

The government agrees to provide any expert witness disclosures 30 days prior to trial. The Defendant agrees to provide any expert witness disclosures 21 days prior to trial.

**(5) Speedy Trial Act**

All of the time from the Defendant's initial appearance and arraignment on October 21, 2024 has been excluded to date. The parties request that the Court exclude the period of time from the date of this status report until the next status conference under 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by this exclusion—namely, additional time to review discovery and discuss a potential resolution—outweigh the interests of the public and the Defendant in a speedy trial.

**(6) Final Status Conference**

The parties respectfully request that the Court schedule a final status conference to occur in approximately 60 days, or as soon thereafter as is convenient for the Court.

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

*/s/ David M. Holcomb*
David M. Holcomb
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100
David.Holcomb@usdoj.gov

**HAROON MOHSINI**
By his attorney,

*/s/ C. Henry Fasoldt*
C. Henry Fasoldt, Esq.
185 Devonshire Street, Suite 302
Boston, MA 02110
henry@bostondefenselaw.com

## Certificate of Service

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: August 4, 2025                         */s/   David M. Holcomb*
                                                             Assistant United States Attorney