UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 24-cr-10189-AK-MPK |
| | ) | |
| HAROON MOHSINI, | ) | |
| | ) | |
| Defendant | ) | |

**JOINT FINAL STATUS REPORT**

Pursuant to Local Rule 116.5(c), the parties hereby file this status report in connection with the initial status conference that is scheduled for October 7, 2025. The parties jointly and respectfully request that this status report be considered in lieu of that status conference. The parties further request that the Court refer this matter to the District Judge for the scheduling of an initial pretrial conference.

**(1) Discovery (L.R. 116.5(c)(2)(A))**

At this time, the government has produced all discovery it intends to produce. Any additional discovery from the government may follow in the course of preparing for trial. The government renews its request for reciprocal discovery from the defense pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and Local Rule 116.1(d).

The government is aware of its obligations to produce materials under Fed. R. Crim. P. 16, Local Rule 116.2(b)(1), and *Brady vs. Maryland*. To the extent any additional discovery—including *Brady* material—becomes available, the Government will promptly produce it.

**(2) Discovery Requests and Motions (L.R. 116.5(c)(2)(B))**

The government is responding to one pending discovery request from the Defendant. The government is not presently aware of additional, anticipated discovery requests or motions.

**(3) Motions under Fed. R. Crim. P. 12(b) (L.R. 116.5(c)(2)(C))**

No motions under Fed. R. Crim. P. 12(b) are pending or presently expected to be filed.

**(4) Excludable Delay (L.R. 116.5(c)(2)(D))**

All time from the Defendant's initial appearance and arraignment on October 21, 2024 has been excluded to date. The parties request that the Court exclude the period of time from the date of this status report until the initial pretrial conference under 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by this exclusion—namely, time to prepare for trial—outweigh the interests of the public and the Defendant in a speedy trial.

**(5) Estimated Number of Trial Days (L.R. 116.5(c)(2)(E))**

The parties presently anticipate that a trial would require approximately two weeks.[1]

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

*/s/ David M. Holcomb*
David M. Holcomb
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
David.Holcomb@usdoj.gov

**HAROON MOHSINI**
By his attorney,

*/s/ C. Henry Fasoldt*
C. Henry Fasoldt, Esq.
185 Devonshire Street, Suite 302
Boston, MA 02110
henry@bostondefenselaw.com

---

[1] Extradition proceedings are pending in the United Kingdom with respect to co-defendant Manpreet Kohli. The government is not presently aware of when an order on extradition may issue or when Kohli may be extradited to the United States. The government continues to evaluate whether the Defendant and Kohli should be tried jointly or separately under Fed. R. Crim. P. 14 and *Bruton v. United States*, 391 U.S. 123 (1968).

## Certificate of Service

  I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: October 2, 2025            */s/ David M. Holcomb*
                      Assistant United States Attorney